IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MAYFORD K. DAVIS, JR., individually and as a private attorney general on behalf of others similarly situated;<br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN EXPRESS,<br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 4:12CV-606 Y<br>)<br>)<br>) **TRIAL BY JURY DEMANDED**<br>) |

## MOTION FOR EXEMPTION FROM THE ECF REQUIREMENTS

Defendant in this action is Pro Se. In the case of <u>Haines v. Kerner</u> 404 U.S. 519 (1972) the U. S. Supreme court has ruled that procedural rules should be relaxed for pro se litigants. See also <u>Estelle v Gamble</u>, 429 U.S. 97, 106 (1976); <u>Baldwin v Brown</u> 466 U.S. 147, 104 S. Ct. 1723, 80 L. Ed. 2d 196, 52 U.S.L.W. 3751; <u>Hughes v Rowe Et Al</u> 449 U.S. 5, 101 S. Ct. 173, 66 L. Ed. 2d 163, 49 U.S.L.W. 3346; and <u>Maclin v Paulson</u>, 627 F.2d 83, 86 (CA7 1980). Defendant Motions the court to be exempted from the ECF requirements. Defendant has a copy of the Local Rules of Civil Procedures. Defendant obtained from the clerk's office a copy of the Judge Specific Requirements For District Judge Terry R. Means and the Rules – Local Rules.

　　　　　　　　　　　　　　　　　　　　　　　　_Mayford K. Davis Jr._
　　　　　　　　　　　　　　　　　　　　　　　　Mayford K. Davis, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　216 Camelot Drive
　　　　　　　　　　　　　　　　　　　　　　　　Weatherford, Texas 76086
　　　　　　　　　　　　　　　　　　　　　　　　(817) 768-7459
　　　　　　　　　　　　　　　　　　　　　　　　mdcherokee44@gmail.com

## CERTIFICATE OF CONFERENCE

Defendant did not call any Attorney regarding this motion as there is no Attorney of Record yet and since it only pertained to the Defendant seeking exemption from ECF requirements. However, a copy of this Motion has been sent to the Defendant as stated below.

Mayford K. Davis, Jr.

## CERTIFICATE OF SERVICE

Plaintiff has served KENNETH CHENAULT, CEO, by mailing a copy of this pleading on September 4, 2012 by first class mail at the following address:

MR. KENNETH CHENAULT, CEO
AMERICAN EXPRESS
200 VESEY STREET
NEW YORK, NY 10285-0002

Mayford K. Davis, Jr.